# Order

Michigan Supreme Court
Lansing, Michigan

January 30, 2012

Robert P. Young, Jr.,
Chief Justice

143763

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

IN RE PETITION OF WAYNE COUNTY
TREASURER FOR FORECLOSURE
———————————————————————

WAYNE COUNTY TREASURER,
            Plaintiff-Appellee,

v

CRYSTAL HOWERY,
            Defendant-Appellant.

SC: 143763
COA: 303928
Wayne CC: 10-006738-CH

———————————————————————/

On order of the Court, the application for leave to appeal the June 23, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2012

_____
Clerk

t0123